ROBERT C. FRASER, Appellant, v. LILLIAN P. FRASER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of the Application of HENRY MURPHY, Appellant, for a Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE ROBERT DOLLAR COMPANY, Appellant, v. CANADIAN CAR AND FOUNDRY COMPANY, LTD., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT, and Others, Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT, and Others, Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT, and Others, Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT, and Others, Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

CHARLES COHEN, Respondent, v. CARLOS CARBONE, JR., Sued as CHARLES CARBONE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HARRY H. HUGHES, Respondent, v. MABEL GOODWIN and Others, Impleaded with STATE AND CITY REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.